AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Fayin Deng, a/k/a Tom | ) | Case No. |
| Kelly Chuong | ) | |
| Lian H. Xian | ) | 09-mj-01082 MEH |

Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ___04/29/2009___ in the county of ___Adams___ in the ___State___ District of ___Colorado___, the defendant violated ___Title 21___ U. S. C. § ___841(a)(1), 841(b)(1)(A)(vii) and 846___, an offense described as follows:

knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1,000 or more marijuana plants

This criminal complaint is based on these facts:

See affidvait attached hereto and hereby incorporated by reference

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Marshall, Special Agent/DEA
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: ___5|21|09___

_____
Judge's signature

City and state: _____

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado

_____
Printed name and title

**AFFIDAVIT OF MICHAEL D. MARSHALL**
**SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION**
**IN SUPPORT OF APPLICATIONS FOR ARREST WARRANTS**

---

### AFFIDAVIT IN SUPPORT OF APPLICATION

---

Michael D. Marshall, (hereinafter referred to as "your affiant") being duly sworn, states as follows:

1.   Your affiant is "an investigative or law enforcement officer of the United States," within the meaning of Section 2510(7) of Title 18, United States Code (U.S.C.), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  Your affiant has been a Special Agent of the DEA for approximately fourteen years and is currently assigned to the Denver Division Office, Group #6, located in Englewood, Colorado.

2.   Prior to becoming a Special Agent, your affiant was a Police Officer for the Montgomery County Police Department. Your affiant was assigned to the patrol division and PCAT.  PCAT was a specialized unit that targeted the most violent offenders in the community.  Your affiant has a Masters Degree in Criminal Justice and is a graduate of the DEA training academy in Quantico, Virginia.  Your affiant has also attended additional classes/seminars concerning intelligence analysis, financial crimes and money laundering, interview techniques and the investigation of complex conspiracies/organizations.

1

3.    Based on all the information set forth below, your
affiant states that there is probable cause to believe that, on
or about and between June 30, 2006, and May 20, 2009, both dates
being approximate and inclusive, within the District of Colorado
and elsewhere, the defendants FAYIN DENG, a/k/a "Tom," KELLY
CHOUNG, and LIAN H. XIAN, did knowingly and intentionally
conspire to manufacture, distribute and possess with the intent
to distribute 1000 or more marijuana plants, all in violation of
Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(vii) and 846.  Your affiant further requests that
arrest warrants be issued for these three defendants. As grounds
for this conclusion, your affiant states as follows.

4.    Your affiant obtained the following information
through personal involvement with the investigation,
observations, speaking with witnesses, fellow police officers,
federal agents and reading reports associated with this
investigation.

5.    Law enforcement officers initially gained
information from a confidential source (CS-1) that a large Asian
marijuana organization existed in Thornton, Colorado, and in the
surrounding area.  CS-1 informed law enforcement officers that
this Asian marijuana organization had purchased numerous single-
family residences in order to grow, harvest and care for
marijuana plants.

2

6.   Your affiant has known and worked with CS-1 since the start of the investigation in September 2007.  Since that time, CS-1 has never provided your affiant or any other law enforcement officer working this investigation with any information that has proven to be false.  CS-1 has been able to provide detailed information on this Asian marijuana organization based on his/her personal relationship with some of the members of the organization.

7.   CS-1 specifically told law enforcement officers that the defendants FAYIN "TOM" DENG and his wife, KELLY CHUONG, were operating several marijuana grow houses in the metro area. CS-1 also advised that FAYIN DENG sold marijuana and that KELLY CHUONG handled the money gained from the distribution of marijuana.  CS-1 informed law enforcement officers that the women in the organization often handled the money gained from the marijuana grows while the men attended to the marijuana plants.

8.   According to CS-1, a large number of the married couples in the organization got divorced on paper and placed their property, bank accounts and safety deposit boxes in the wife's name in order to prevent law enforcement from seizing the assets

9.   CS-1 told law enforcement officers that the marijuana plants were housed in the basement of the homes and that some of the marijuana grow operations had more than 2000 marijuana plants.

3

10.   CS-1 advised that FAYIN DENG and KELLY CHUONG were involved with other family members in the marijuana growing business.  CS-1 told your affiant there were six Asian brothers growing and selling marihuana in the Thornton area.  CS-1 identified brother #1 as Weiyin DENG (10/28/59), brother #2 as Dan TANG (11/30/62), brother #3 as Yue De DENG (10/17/66), brother #4 as Mingyin DENG (11/01/69), brother #5 as Liang DENG (03/05/72) "Toby" and brother number #6 as FAYIN DENG (08/12/75) or"Tom".

11.   CS-1 advised that several brothers owned local Chinese restaurants and used the restaurants to further their marihuana business and to launder the proceeds from their marijuana sales.

12.   From the outset of the investigation, CS-1 identified the defendants FAYIN "Tom" DENG, a/k/a "Brother #6" and KELLY CHUONG as major players in the marijuana organization.  Through dozens of surveillance operations, conversations with CS-1, interviews with FAYIN "Tom" DENG and KELLY CHUONG, as well as the review of property records from Adams County, your affiant was able to identify eight properties with direct ties to FAYIN "Tom" DENG and or KELLY CHUONG.  Six of the properties were believed to be and were later confirmed to be sophisticated indoor marihuana grows.

13.   The six properties connected to FAYIN DENG and KELLY CHOUNG which were used for indoor marihuana grows were as follows:

- 14379 Fillmore Court, Thornton, Colorado, listed owner is FAYIN "Tom" DENG

- 13411 Monaco Street, Thornton, Colorado, listed owner is KELLY CHUONG

- 2584 E. 142nd Avenue, Thornton, Colorado, listed owner is KELLY CHUONG

- 6387 E. 135th Avenue, Thornton, Colorado, listed owner is KELLY CHUONG

- 166 S. Trailblazer Road, Ft. Lupton, Colorado, listed owner is Eric SEN

- 927 Zodo Street, Erie, Colorado, listed owner is KELLY CHUONG and L. HUANG

14.   The other two additional properties owned by FAYIN DENG and KELLY CHOUNG consisted of 12155 Adams Street, Thornton, Colorado, which FAYIN DENG and KELLY CHOUNG used as their primary residence, and 12251 CHERRYWOOD STREET in Broomfield, Colorado, which was used as a rental property.  On June 6, 2007, FAYIN "Tom" DENG quit claimed both of these properties to KELLY CHUONG. As mentioned above, CS-1 informed law enforcement officers that members of this marijuana organization placed properties and assets in the name of the wife to protect the assets from being seized by law enforcement officers.

5

15.   On February 16, 2008, law enforcement officers were monitoring telephone conversations intercepted pursuant to a Title III wiretap order approved by United States District Court Judge Lewis T. Babcock.   The Title III wiretap focused on the above-described Asian marijuana trafficking organization.   During the course of the intercepts, law enforcement officers determined that members of the organization were planing to dismantle the marijuana grow operations because they were afraid that the police were about to take action against them.   As a result, your affiant made the decision to execute search warrants and consent searches before the destruction of evidence occurred.

16.   During the execution of fourteen State Court-authorized search warrants, as well as seventeen consent searches, law enforcement officers seized over 24,000 marihuana plants, 1,315 electrical ballasts, 1,488 high powered sodium lights, over $3,000,000.00 in United States currency and more than $600,000 in property.

17.   From the evidence seized, the following items were seized from houses directly connected to FAYIN "Tom" DENG and KELLY CHUONG:

- 14379 Fillmore Street, Thornton, Colorado, 1,734 marijuana plants, 63 ballasts and 63 sodium lights

- 13411 Monaco Street, Thornton, Colorado, 1,631 marijuana plants, 67 ballasts and 63 sodium lights

6

- 2584 E. 142nd Avenue, Thornton, Colorado, 1,469 marijuana plants, 58 ballasts and 59 sodium lights

- 6387 E. 135th Avenue, Thornton, Colorado, 1,551 marijuana plants, 68 ballasts and 66 sodium lights

- 166 S. Trailblazer Road, Ft. Lupton, Colorado, no marijuana plants, no ballasts and no sodium lights

- 927 Zodo Street, Erie, Colorado, no marijuana plants, 65 ballasts and 64 sodium lights

18. During mirandized interviews with FAYIN DENG on February 16th, 2008, and April 4th, 2008, FAYIN DENG admitted that he and his wife, KELLY CHUONG were in the business of buying houses and converting them into sophisticated indoor marijuana grows. FAYIN DENG admitted that he had active marijuana grows in 14379 Fillmore Street, 13411 Monaco Street, 2584 E. 142nd Avenue and 6387 E. 135th Avenue. FAYIN DENG told law enforcement officers that he learned how to grow marijuana from his older brother, Mingyin DENG and started buying houses with his brothers in order to convert them into indoor marihuana grows to make money. FAYIN "Tom" DENG also admitted that he sold between 10 to 15 pounds of marijuana per week for an average price of $2,500.00 per pound.

19. During the interview of KELLY CHUONG on February 16, 2008, CHUONG informed your affiant that she would agree to turn over all the illegal proceeds as a result of selling marijuana.

7

20.   The interview took place at one of the homes owned by FAYIN DENG and KELLY CHUONG located at 12155 Adams Street Thornton, Colorado.   KELLY CHUONG stated there was some cash located in a safe in one of the upstairs bedrooms and in a safety deposit box.   KELLY CHUONG led your affiant and Sgt. Dante Carbone to an upstairs bedroom where your affiant recovered $78,970.00 in U.S. Currency.   KELLY CHUONG further informed your affiant that FAYIN DENG tended to the marijuana grows while she (CHUONG) helped the others in the organization to obtain residences by translating English to Chinese for the group. KELLY CHUONG informed your affiant that she knew the residences being purchased were for the sole purpose of growing marijuana.

21.   While speaking to KELLY CHUONG and FAYIN "Tom" DENG on February 16, 2008, Dan TANG, brother #2, arrived at 12155 Adams Street Thornton, Colorado.   Your affiant searched the vehicle driven by Dan TANG and found $320,120.00 in U.S. Currency in the rear bed of TANG's pick-up truck.   During the course of additional interviews, both KELLY CHUONG and Dan TANG stated that the money seized from the rear bed of TANG's pick-up truck belonged to KELLY CHUONG and FAYIN DENG and that the money was profits gained from the sale of marijuana.

22.   Dan TANG informed law enforcement officers that KELLY CHUONG and FAYIN DENG provided Dan TANG with the money in increments of approximately $50,000.   Dan TANG also informed law

8

enforcement officers that he was going to partner with KELLY CHUONG, FAYIN DENG, Mingyin DENG and his wife, Wu Mei MO, to purchase a strip mall in northern Colorado. Dan TANG advised that KELLY CHUONG and FAYIN DENG were using the $320,000.00 gained from the distribution of marijuana toward the purchase of the strip mall and that they trusted Dan TANG to hold on to the money.

23. On February 19, 2008, KELLY CHUONG turned over $118,900 in U.S. Currency that she admitted were profits from marijuana proceeds. This money was concealed inside a safety deposit box located at 1st Bank at 136th and Colorado Thornton, Colorado.

24. During interviews, both KELLY CHUONG and FAYIN DENG denied using 12251 CHERRYWOOD STREET in Broomfield, Colorado to grow marihuana.

25. On April 29, 2009 at approximately 9:00 a.m., your affiant received information from Northglenn Detective Dan Joyce concerning an anonymous letter. According to Detective Joyce, a Broomfield Police Department Detective, Brian Gardner received an anonymous note addressed to the Broomfield Police Department regarding a possible indoor marihuana grow at 12251 CHERRYWOOD STREET in Broomfield, Colorado.

26.   Detective Gardner told Detective Joyce that he had obtained the property records and discovered that the address was listed to FAYIN DENG.   Detective Gardner also informed Detective Joyce that he obtained the water bills for the property and the water bills indicated a high level of water use which he believed to be consistent with an indoor marihuana grow operation.

27.   On April 30, 2009, at approximately 9:00 a.m., Detective Joyce drove to 12251 CHERRYWOOD STREET and observed a discoloration on the siding, just above the attached garage door. Detective Joyce believed, based on his experience and training, that the discoloration was similar to molding caused by prolonged exposure to indoor marihuana grows.   Detective Joyce noted that the discoloration was similar to the mold discoloration that he observed at another grow house connected to this organization which was located at 13620 Plaster Circle Broomfield, Colorado. This grow house was found to contain 971 marijuana plants, 65 high intensity grow lights and 65 ballasts.

28.   On April 30, 2009, Detective Joyce parked his vehicle between 12251 CHERRYWOOD STREET and 12264 Cherrywood Street on the same side of the street as both residences. Detective Joyce exited his vehicle and he could smell the odor of growing/fresh marihuana.   Detective Joyce is familiar through his training and experience with the difference between growing/fresh marihuana and burnt marihuana.

10

29.   On May 1, 2009, at approximately 9:00 a.m., DEA
Task Force Detective James Caffrey observed a gold colored Honda
Odyssey van, bearing Colorado plate 529RFF, depart the 12251
CHERRYWOOD STREET address and drive directly to the Pearl Wok
restaurant located at 5027 W. 120th Ave. Broomfield, Colorado.
The Pearl Wok is owned by the defendants FAYIN DENG and KELLY
CHOUNG.   Your affiant found that the registration plates 529RFF
lists to a 2001 gold Honda Odyssey registered to the defendant
LIAN H. XIAN (07/10/79) at 2597 E. 131st Pl. in Thornton,
Colorado.   Your affiant is familiar with this address as the home
of brother #5, Liang DENG.

30.   Your affiant contacted Detective Joyce to
determine background information on LIAN XIAN. According to
Detective Joyce, LIAN XIAN is known as "Wadseye".   Detective
Joyce informed your affiant that LIAN XIAN was an employee at
Pearl Wok on February 16, 2008, when a large number of search
warrants were conducted on associates of this marijuana
organization.   According to Detective Joyce, LIAN XIAN was also
present at 4433 E. 138 Drive in Thornton, Colorado on February
16, 2008.   This address is the home address of brother #4 Mingyin
DENG and Wu Mei MO.   Mingyin DENG and Wui Me MO have been
identified as two of the leaders of this Asian marijuana
organization.

31.  On May 20, 2009, law enforcement officers arrived
in the area of 12251 CHERRYWOOD STREET Broomfield, Colorado.
Your affiant, along with Detective James Caffrey approached the
front door of the residence.  All other law enforcement officers
remained away from the front of the house.  Your affiant knocked
on the front door and an Asian male later identified as the
defendant LIAN XIAN opened the front door.  Your affiant
immediately felt hot humid air coming from inside the house.
Your affiant also observed a large aluminum color venting pipe
coming from inside the kitchen to the ceiling of the first floor.
All of these observations are consistent indicia of a marijuana
grow.

32.  Your affiant asked LIAN XIAN if he spoke English.
In English, LIAN XIAN stated "no, not much".  While still
standing outside the residence near the front door, your affiant
contacted interpreter Ronita Hajn via the cell phone.  Ronita
Hajn speaks and understands the Chinese dialects of Mandarin and
Cantonese.  With the assistance of Ronita Hajn, your affiant
advised that he and Detective Caffrey were both police officers
and that they wanted to speak with LIAN XIAN.  LIAN XIAN allowed
your affiant and Detective Caffrey inside the residence.  Once
inside the residence, Detective Caffrey detected the odor of
fresh marijuana.  Your affiant still had Ronita Hajn on the
speaker phone and Ronita Hajn assisted with the DEA consent to

12

search form which LIAN XIAN agreed to signed.   Your affiant read the form and Ronita Hajn translated the consent to search form to LIAN XIAN.   Once the consent to search was provided by LIAN XIAN, Detective Caffrey went to the basement where he found a marijuana grow operation.

33.   Your affiant allowed other law enforcement officers in the house at this time and officers seized 85 marijuana plants, 5 high intensity grow lights, 5 ballast, 1 portable grow room and 2 large charcoal filters.

34.   Your affiant, with the assistance of Ronita Hajn, provided Miranda Rights to LIAN XIAN.   LIAN XIAN stated that he would not sign the form but that he would speak with officers. LIAN XIAN informed your affiant that he moved into the house in the beginning of May 2009 and that marijuana plants were already present in the basement when he moved in to the house.

35.   According to LIAN XIAN, the marijuana plants belonged to FAYIN "Tom" DENG and that his job was to water the marijuana plants.   According to LIAN XIAN, FAYIN DENG allowed him to sleep at the house in exchange for taking care of the marijuana plants.   LIAN XIAN stated that FAYIN DENG showed him how to care for the marijuana plants and that FAYIN DENG had come to the house on Cherrywood Street one time to check on the plants.

36.   According to LIAN XIAN, FAYIN DENG is the owner of

13

the house at 12251 CHERRYWOOD STREET, Broomfield, Colorado and that he is the owner of the Pearl Wok Restaurant. Detective Caffrey showed LIAN XIAN a photograph lineup with approximately 15 to 20 Asian males and females and requested LIAN XIAN to identify FAYIN DENG. Your affiant observed LIAN XIAN point directly to the photograph of FAYIN DENG without hesitation. After the interview was complete, your affiant agreed to let LIAN XIAN go to work at the Pearl Wok restaurant and advised XIAN that he should not tell either FAYIN DENG or KELLY CHOUNG what had occurred. LIAN XIAN was asked to come to DEA later that evening after work to give a further statement.

37.   On May 20, 2009, at approximately 10:50 p.m, LIAN XIAN arrived at the DEA Office in Englewood, Colorado. Ronita Hajn was present to assist with interpretation. Your affiant once again read the Miranda Rights form and Ronita Hajn provided the interpretation to LIAN XIAN. LIAN XIAN signed the Miranda Rights form. During this interview, LIAN XIAN stated that the marijuana plants at 12251 CHERRYWOOD STREET belonged to him and that he purchased 10 marijuana plants from FAYIN "Tom" DENG for $200.00. LIAN XIAN also stated that he learned how to establish a marijuana grow from FAYIN DENG. According to LIAN XIAN, he assisted FAYIN DENG with one of DENG's marijuana houses located near 140th Street. LIAN XIAN stated that he purchased the marijuana grow equipment from a grow store on 120th Street and

14

that he got some of the other grow equipment from a house at an unknown location. Your affiant stopped the interview as it was clear that LIAN XIAN was trying to protect FAYIN "Tom" DENG.

38. In conclusion, your affiant states that there is probable cause to believe that, on or about and between June 30, 2006, and May 20, 2009, both dates being approximate and inclusive, within the District of Colorado and elsewhere, the defendants FAYIN DENG, a/k/a "Tom," KELLY CHOUNG, and LIAN H. XIAN, did knowingly and intentionally conspire to manufacture, distribute and possess with the intent to distribute 1000 or more marijuana plants, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vii) and 846.

Wherefore, your affiant respectfully requests that arrest warrants be issued for these individuals for the above-described violations of law.

15

I, Michael Marshall, being duly sworn according to law, depose and say that the facts stated in the forgoing affidavit are true and correct to the best of my knowledge, information and belief.

Dated this __21__ day of __May__, 2009, at Denver, Colorado.

_____
MICHAEL D. MARSHALL
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION


SUBSCRIBED and SWORN to before me this __21st__ day of May, 2009 at Denver, Colorado.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

16