Date: May 21, 2009

DEFENDANT: Fayin Deng, a/k/a Tom

YEAR OF BIRTH: 1975

ADDRESS: Thornton, Colorado

OFFENSE:   Title 21, United States Code, Section 841(a)(1) and
           (b)(1)(A)(vii) and 846 – conspiracy and possess with
           intent to manufacture or distribute 1000 or more
           marijuana plants.


LOCATION OF OFFENSE: Adams County, Colorado


PENALTY:   NLT 10 years, NMT life in prison, $4 million fine, or
           both; NLT 5 years supervised release, $100 Special
           Assessment Fee.


AGENT:     Michael Marshall, Special Agent
           Drug Enforcement Administration

AUTHORIZED BY:      Stephanie Podolak
                    Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: No