Date: May 21, 2009

DEFENDANT: Kelly Chuong

YEAR OF BIRTH:

ADDRESS: Thornton, Colorado

OFFENSE: Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii) and 846 - conspiracy and possess with intent to manufacture or distribute 1000 or more marijuana plants.

LOCATION OF OFFENSE: Adams County, Colorado

PENALTY: NLT 10 years, NMT life in prison, $4 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee.

AGENT: Michael Marshall, Special Agent
Drug Enforcement Administration

AUTHORIZED BY: Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: No