Date: May 21, 2009

DEFENDANT: Lian H. Xian

YEAR OF BIRTH: 1979

ADDRESS: Thornton, Colorado

OFFENSE:   Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vii) and 846 -- conspiracy and possess with intent to manufacture or distribute 1000 or more marijuana plants.

LOCATION OF OFFENSE: Adams County, Colorado

PENALTY:   NLT 10 years, NMT life in prison, $4 million fine, or both; NLT 5 years supervised release, $100 Special Assessment Fee.

AGENT:     Michael Marshall, Special Agent
           Drug Enforcement Administration

AUTHORIZED BY:     Stephanie Podolak
                   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: Five days or less

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: No