AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Fayin Deng, a/k/a Tom<br><br>*Defendant* | )<br>)<br>) Case No. 09-mj-1082-MEH-1<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Fayin Deng, a/k/a Tom

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1,000 or more marijuana plants

Date: 5/21/09

*Issuing officer's signature*

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado

City and state:

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*