UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 09-mj-01082-MEH | FTR MJW PM |
| May 26, 2009 | |
| UNITED STATES OF AMERICA | Stephanie Podolak |
| v. | |
| LIAN H. XIAN | Without Counsel |
| KELLY CHUONG | Nancy Salomone |
| FAYIN DENG | Robert Corry, Jr. |

Interpreter Ronita Hajn for Lian Xian

## INITIAL APPEARANCE

Court in Session: 1:41 pm

Court calls case and appearances of counsel.

Sarah Hoppe is present from pretrial services.

The defendants are advised of rights, charges and possible penalties.

Defendant Kelly Chuong and Fayin Deng are not requesting court appointed counsel at this time.

Defendant Lian Xian is requesting court appointed counsel.

Financial affidavit reviewed.

The court finds that Lian Xian qualifies for court appointed counsel.

The court appoints an attorney from the CJA panel to represent Lian Xian.

Government is seeking detention as to all defendants.

Defense counsel Robert Corry, Jr. And Nancy Salomone request Fayin Deng and Kelly Chuong be released on bond.

**ORDERED:** Defense counsels' oral motion to release Fayin Deng and Kelly Chuong is denied.

**ORDERED:** Detention and preliminary hearing set May 29, 2009 at 10:00 am.

**ORDERED:** Defendants are remanded to the custody of the United States Marshal.

Court in recess: 1:53 pm

Total Time: 12 minutes

Hearing concluded.