AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Fayin Deng, a/k/a Tom<br><br>*Defendant* | )<br>)<br>) Case No. 09-mj-1082-MEH-1<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Fayin Deng, a/k/a Tom
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
knowingly and intentionally conspire to manufacture, distribute, and possess with the intent to distribute, 1,000 or more marijuana plants

Date: 5/21/09

*Issuing officer's signature*

Michael E. Hegarty
United States Magistrate Judge
Denver, Colorado
*Printed name and title*

City and state:

### Return

This warrant was received on *(date)* 5/26/09, and the person was arrested on *(date)* 5/26/09
at *(city and state)* WESTMINSTER, CO

Date: 5/26/09

*Arresting officer's signature*

KENNETH VALDEZ   DEA
*Printed name and title*