UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 09-mj-01082-MEH | FTR MJW AM |
| May 29, 2009 | |
| UNITED STATES OF AMERICA | Stephanie Podolak |
| v.<br>FAYIN DENG | Robert Corry, Jr. |

### DETENTION AND PRELIMINARY HEARING

Court in Session: 10:51 am

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

Defendant tenders a waiver of the preliminary hearing to the court.

Court accepts waiver as knowing and voluntary.

Government is not seeking detention and requests defendant be released on a $25,000 bond secured by cash or property.

**ORDERED:** Court grants a $25,000 bond secured by cash or property. Defendant to be brought back to court once bond conditions have been met.

**ORDERED:** Status conference set June 24, 2009 at 10:00 am.

**ORDERED:** Defendant remanded to the custody to the United States Marshal.

Court in Recess: 11:21 am

Total time: 30 minutes

Hearing concluded.