AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
_Deng, Fayin_ ) Case No. 1:09-0182M-001
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/29/09

_____
Defendant's signature

_____
Signature of defendant's attorney

Robert J. Corry Jr. CO#32705
Printed name and bar number of defendant's attorney

600 - 17th St. #2850 So. Twr. Denver CO 80202
Address of defendant's attorney

Robert.Corry@comcast.net
E-mail address of defendant's attorney

303-634-2244
Telephone number of defendant's attorney

720-379-3215
FAX number of defendant's attorney