UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 09-mj-01082-MEH | FTR MJW PM |
| June 1, 2009 | |
| UNITED STATES OF AMERICA | Not Present |
| v. | |
| FAYIN DENG | Not Present |

### RELEASE ON BOND

Court in session: 2:02 pm

Court calls case. Counsel was not required to attend this hearing.

Patrick Lynch is present from pretrial services.

Bond conditions have been met.

Bond paperwork is signed and tendered to the court.

**ORDERED:** Court grants the $25,000 secured by property and $8484.71 in cash with the conditions as set forth in the Order Setting Conditions Of Release.

**ORDERED:** Status conference set June 24, 2009 at 10:00 am.

**ORDERED:** Defendant remanded to the custody of the United States Marshal, to be released after processing.

Court in recess: 2:15 pm

Total Time: 13 minutes

Hearing concluded.